MARY HICKS, *Plaintiff in Error, v.* THE STATE OF FLOR-IDA, *Defendant in Error.*

The evidence amply supports the verdict.

This case was decided by Division A.

Writ of error to the Circuit Court for Hernando County.

The facts in the case are stated in the opinion of the Court.

*G. C. Martin,* for Plaintiff in Error;

*Park Trammell,* Attorney General, for State.

COCKRELL, J.—For killing Allen Little, Mary Hicks was convicted of murder in the second degree, under an indictment charging murder in the first degree, and upon a writ of error to the life sentence imposed she assigns the sufficiency of the evidence to support the verdict.

She asserts here that the evidence so overwhelmingly supports her claim of self-defense, the jury must have been led by something outside to find such verdict. We fail, however, to so read the evidence; on the contrary, we find ample to sustain the verdict, and follow the trial judge in refusing to interfere with it.

Judgment affirmed.

WHITFIELD, C. J., and SHACKLEFORD, J., concur;

TAYLOR, HOCKER *and* PARKHILL, J. J., concur in the opinion.